UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 12-00958-CJC(MLGx)                                Date   August 17, 2012

Title   David Falcon v. Mercantile Adjustment Bureau, et al

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Michelle Urie                         Not Reported
Deputy Clerk                    Court Reporter / Recorder                    Tape No.

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

None Present                                          None Present

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

　　　　The Court, on its own motion, hereby ORDERS Defendants, to show cause in writing no later than August 24, 2012, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Defendants, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X   Answer
X   Notice of Voluntary Dismissal (FRCivP 41)

　　　　No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

                                                                         :   0

                                          Initials of Preparer   mu